IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID F. PETRANO, and
MARY KATHERINE DAY-PETRANO,
husband and wife,

    Plaintiffs,

v.                                        Case No. 1:12-cv-86-SPM-GRJ

OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY, et al.,

    Defendants.
_____/

## O R D E R

This case is before the Court on Doc. 43, Plaintiffs' application for entry of a Clerk's default against Defendant Alachua County. In support of their request, Plaintiffs contend Alachua County did not respond to the complaint in a timely manner. Defendant filed a motion to dismiss on June 1, 2012 in which Alachua County contends "Plaintiff purported to make service on the Alachua County Commission on May 1, 2012 without complying with applicable state or federal requirements." (Doc. 44. at 2.) Defendants later filed an amended motion to dismiss. (Doc. 63.) Plaintiff's motion, therefore, is moot.

Accordingly, upon due consideration, it is **ORDERED**:

Plaintiffs' application for entry of a Clerk's response against Defendant Alachua County) (Doc. 43) is **DENIED AS MOOT.**

**DONE AND ORDERED** this 13th day of June, 2012.

                                                  *s/ Gary R. Jones*
                                                  GARY R. JONES
                                                  United States Magistrate Judge