IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID F. PETRANO, and
MARY KATHERINE DAY-PETRANO,
husband and wife,

    Plaintiffs,

v.                                    Case No. 1:12-cv-86-SPM-GRJ

OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY, et al.,

    Defendants.
_____/

## O R D E R

On June 13, 2012 the Court entered an omnibus order dismissing Plaintiff's complaint with leave to amend. (Doc. 74.) In that order the Court, *inter alia*, terminated all of the pending motions to dismiss without prejudice because the Court had dismissed the complaint with leave to amend. Among the motions to dismiss referenced in the Court's Order was Doc. 44, Defendant Alachua County Board of County Commissioners' Motion For A More Definite Statement Or In The Alternative To Dismiss the Complaint. On June 12, 2012 Defendant Alachua County filed an Amended Motion for More Definite Statement Or In The Alternative To Dismiss The Complaint. (Doc. 63.) Although that motion superceded the first motion the Court did not make reference to the amended motion in its order.

Because the same reasoning and grounds discussed in the Court's Omnibus Order apply to Defendant Alachua County Board of Commissioner's Amended Motion, the Amended Motion is due to be terminated as a pending motion without prejudice. Defendant Alachua County Board of County Commissioners shall have the right to

assert any arguments previously raised if it is necessary to respond to an amended complaint.

Accordingly, upon due consideration, it is **ORDERED**:

1. The Amended Memorandum of Law Supporting Defendant Alachua County Board of County Commissioners' Motion For A More Definite Statement Or In The Alternative To Dismiss the Complaint (Doc. 63) is **DENIED without prejudice**.

2. The clerk is directed to terminate Doc. 63 as a pending motion.

**DONE AND ORDERED** this 14th day of June, 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge