IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID F. PETRANO, and
MARY KATHERINE DAY-PETRANO,
husband and wife,

    Plaintiffs,

v.                                       Case No. 1:12-cv-86-SPM-GRJ

OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY, et al.,

    Defendants.

_____/

## O R D E R

Pending before the Court is Defendant CSX Transportation, Inc.'s Response In Opposition to Plaintiffs' "Conversion Motion For Summary Judgment," Or In The Alternative, Motion to Strike Conversion Motion. (Doc. 80.) Defendant CSX Transportation, Inc. ("CSXT") requests the Court in the alternative to strike Plaintiffs' Conversion Motion For Summary Judgment.

On June 13, 2012 the Court entered an omnibus order dismissing Plaintiff's complaint with leave to amend. (Doc. 74.) In that order the Court, *inter alia*, terminated all of the pending motions to dismiss without prejudice because the Court had dismissed the complaint with leave to amend. Among the motions to dismiss referenced in the Court's Order was Doc. 32, Defendant CSX Transportation, Inc.'s Motion to Dismiss Complaint.  Defendant CSXT's motion to dismiss was terminated as moot because in the event CXST was not named as a party in the amended complaint there would be no need for the Court to address the arguments raised in that motion. Indeed, because the claims against CXST appear to be completely unrelated to the Plaintiffs'

claims against Nationwide [as well as the other defendants] – and the Court directed Plaintiffs not to include multiple unrelated claims in an amended complaint – it should be unlikely that the Court will need to address the substantive arguments raised by CSXT in its motion to dismiss.

Unfortunately, at the time the Court entered its Omnibus Order CSXT had not had an opportunity to file a motion to strike Plaintiffs' Response and "Conversion Motion for Summary Judgment (Doc. 67), which was filed the day before the Omnibus Order.

Therefore, in view of the fact that Plaintiffs' "Conversion Motion" requests summary judgment on a complaint that is no longer viable, the "Conversion Motion" is moot and therefore is due to be stricken.

Accordingly, upon due consideration, it is **ORDERED**:

1. Defendant CSX Transportation, Inc.'s Motion to Strike Conversion Motion (Doc. 80) is due to be **GRANTED**.

2. The clerk is directed to strike Doc. 67 as a pending motion to the extent that the response is intended by Plaintiffs to serve also as a motion for summary judgment.

**DONE AND ORDERED** this 27th day of June, 2012.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge