IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID F. PETRANO, and
MARY KATHERINE DAY-PETRANO,
husband and wife,

    Plaintiffs,

v.                                    Case No. 1:12-cv-86-SPM-GRJ

OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY, et al.,

    Defendants.

_____/

**O R D E R**

This case is before the Court on Doc. 93, Plaintiffs' Motion for Extension of Time to File Amended Complaint. Plaintiffs say that an extension of time is needed because of a death in the family.

Upon due consideration, it is **ORDERED** that:

1.     Plaintiffs' Motion for Extension of Time to File Amended Complaint, Doc. 93, is **GRANTED**.

2.     Plaintiffs must file an amended complaint **on or before August 13, 2012**.

**DONE AND ORDERED** this 17th day of July, 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge