IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID F. PETRANO, and
MARY KATHERINE DAY-PETRANO,
husband and wife,

    Plaintiffs,

v.                                      Case No. 1:12-cv-86-SPM-GRJ

OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY, et al.,

    Defendants.

_____/

## O R D E R

Pending before the Court is Doc. 142, Defendant Citizens Property Insurance Corporation's ("Citizens") motion for leave to file a reply brief to Plaintiff David Petrano's response to Citizens' motion for sanctions. (Docs. 133, 141.) Defendant Citizens requests leave to respond to additional allegations in Plaintiff's response. Defendant Citizens states that its counsel emailed Plaintiff regarding the requested relief, but was unable to reach an agreement. The Court finds that Defendant Citizens has shown good cause to file a reply brief. Accordingly, upon due consideration, Defendant Citizens' motion for leave to file a reply brief (Doc. 142) is **GRANTED**. Defendant Citizens shall file a reply brief of no more than five pages on or before **November 5, 2012.**

**DONE AND ORDERED** this 25th day of October 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge