IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID E. PETRANO and
MARY KATHARINE DAY-PETRANO,
husband and wife,

      Plaintiffs,

v.                                CASE NO.: 1:12cv86-SPM/GRJ

OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY, et al.

      Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon the Magistrate Judge's report and recommendation (doc. 124) dated September 4, 2012. Objections were filed by Defendants Nationwide Mutual Fire Insurance Company and Carl Schwait (doc. 130) and Plaintiff Mary Katherine Day-Petrano (docs. 131 and 132). Plaintiff Mary Katherine Day-Petrano also filed a response (doc. 134) to the Defendants' objection.

Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the report and recommendation should be adopted. It is appropriate for the Court to sever and dismiss parties that have not been properly joined in this case. This is

a reasonable initial step and will enable the Court to focus on the merits of the remaining claims. Accordingly, it is

ORDERED AND ADJUDGED:

1. The report and recommendation (doc. 124) is adopted and incorporated by reference in this order.

2. Plaintiffs' claims against all defendants except the Nationwide defendants–Nationwide Mutual Fire Insurance Company, Earl Charles Law, and Carl Schwait–are severed and dismissed due to misjoinder.

3. Plaintiff Mary Katherine Day-Petrano's motion for leave to file a second amended complaint is denied.

DONE AND ORDERED this 29th day of November, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge