# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

DAVID E. PETRANO and
MARY KATHARINE DAY-PETRANO,
husband and wife,

      Plaintiffs,

v.                                     CASE NO.: 1:12cv86-SPM/GRJ

OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY, et al.

      Defendants.
_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

      Upon consideration of the motion for reconsideration filed by Plaintiff Mary Katherine Day-Petrano (doc. 153) and the response in opposition filed by Defendants Nationwide Mutual Fire Insurance Company and Carl Schwait (doc. 161), the court finds no reason to change the previous ruling (doc. 152). Accordingly, the motion for reconsideration (doc. 153) is DENIED.

      **DONE AND ORDERED** this 7th day of January, 2013.

                                      *s/ M. Casey Rodgers*
                                  **M. CASEY RODGERS**
                                  **CHIEF UNITED STATES DISTRICT JUDGE**