IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID F. PETRANO, and
MARY KATHERINE DAY-PETRANO,
husband and wife,

    Plaintiffs,

v.                                    Case No. 1:12-cv-86-SPM-GRJ

NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY, et al.,

    Defendants.

_____/

## O R D E R

Pending before the Court is Plaintiffs' Motion for Reconsideration, Doc. 166. Plaintiffs seek reconsideration of the Court's Order, Doc. 164, denying Plaintiffs' request for Defendants to re-serve their motions to dismiss in a purple format. The Court's Order also denied Plaintiffs' request for additional time to respond to the motions to dismiss. Upon due consideration of all grounds raised in the motion, it is **ORDERED** that**:**

Plaintiffs' motion for reconsideration, Doc. 166, is **DENIED.**

**DONE AND ORDERED** this 11th day of January 2013.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge