IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID F. PETRANO, and
MARY KATHERINE DAY-PETRANO,
husband and wife,

    Plaintiffs,

v.                                        Case No. 1:12-cv-86-SPM-GRJ

NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY, et al.,

    Defendants.

_____/

# **O R D E R**

Pending before the Court is Plaintiff Mary Katherine Day-Petrano's "Motion for Reconsideration of Magistrate's January 11, 1013 Order Denying Plaintiff's Access to File Her Response to the "Rule 11" Motion and Series of Pleadings Filed Against Plaintiff's Court Ordered *Olmstead v. L.C.* Support Provider, David F. Petrano,", Doc. 177. Plaintiff seeks reconsideration of the Court's Order, Doc. 170, denying Plaintiff Day-Petrano's request to file a response to Defendant Citizens Property Insurance's motion for sanctions against Plaintiff David Petrano. As the Court noted in its previous Order, Defendant Citizens' motion for sanctions was filed *only* against Plaintiff David Petrano, not against Plaintiff Mary Katherine Day-Petrano. Plaintiff David Petrano has had a full opportunity to be heard in response to the motion for sanctions, having filed a response, Doc. 141, as well as a "correction" to his response, Doc. 145.[1] The motion is

---

[1]The Court also notes that a motion for sanctions against both Plaintiffs, filed by the Nationwide defendants, remains pending. (Doc. 68.) Plaintiffs jointly responded to that motion with their own motion for sanctions against the Nationwide defendants,

fully briefed, and no other responses are necessary for the Court to adjudicate the motion.

Upon due consideration of all grounds raised in the motion, it is **ORDERED** that**:**

Plaintiffs' motion for reconsideration, Doc. 177, is **DENIED.**

**DONE AND ORDERED** this 24th day of January 2013.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

---

Defendant Citizens, and other defendants no longer in the case.  Plaintiffs' motion for sanctions appears to be based in part on the Nationwide defendants' alleged "intimidation" and "Autism bullying" in their motion for sanctions.  (Doc. 89, at 4, 6.)  Plaintiffs simultaneously filed a second motion for sanctions, Doc. 90, against the Nationwide defendants, Defendant Citizens, and other defendants no longer in the case for participating in a "willfully reckless Jewish Ashkenazi Autism bullying attack" by joining in Defendant Citizens' request for judicial notice, Doc. 59.