IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID F. PETRANO, and
MARY KATHERINE DAY-PETRANO,
husband and wife,

    Plaintiffs,

v.                                                 Case No. 1:12-cv-86-SPM-GRJ

NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY, et al.,

    Defendants.

_____/

## **O R D E R**

On February 12, 2013 Plaintiffs jointly filed a document entitled "Suggestion of Bankruptcy" advising that on February 11, 2013 the Plaintiffs filed a Voluntary Petition for Relief Under Chapter 12 of the United States Bankruptcy Code. (Doc. 191.) In the filing the Plaintiffs further represent that this action is subject to the automatic stay provided in 11 U.S.C. § 362. In response to the filing Defendants Nationwide Mutual Fire Insurance Company and Carl Schwait, filed a motion to strike Plaintiff's suggestion of bankruptcy. (Doc. 192.)

Generally, the automatic stay provision of the Bankruptcy Code, 11 U.S.C. § 362, does not extend to suits, as here, initiated by the debtors. *Crosby v Monroe County*, 394 F.3d 1328, 1331 n.2 (11th Cir. 2004). Because Plaintiffs have not had an opportunity to address the issue of whether the automatic stay provisions of § 362 apply in this case, the Court will provide Plaintiffs with an opportunity to address the issue. Accordingly, to the extent that the Plaintiffs challenge Defendant's argument that

the automatic stay does not apply in this case, Plaintiffs must file a response by **February 25, 2013**. The response shall be limited to the issue of whether the automatic stay provisions of 18 U.S.C. § 362 apply in this case and shall not exceed ten pages. The Court will take the issue under advisement upon receipt of the response from Plaintiffs or if no response is filed after February 25, 2013.

**DONE AND ORDERED** this 15th day of February 2013.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge