IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID E. PETRANO and
MARY KATHARINE DAY-PETRANO,
husband and wife,

      Plaintiffs,

v.                                    CASE NO.: 1:12cv86-SPM/GRJ

OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY, et al.

      Defendants.
_____/

**O R D E R**

      This cause comes before the court on the plaintiffs' Emergency Motion to Senior District Judge Mickle to Whom Suggestion of Bankruptcy Was Assigned. (Doc. 207). In the motion, the plaintiffs ask the court to enter a stay in this case and to strike and vacate the magistrate judge's order (doc. 206), which struck the plaintiffs' Suggestion of Bankruptcy (doc. 191).

      The plaintiffs' motion will be treated as an objection to the magistrate judge's order. The court will review that order after the fourteen-day objection period under Federal Rule of Civil Procedure 72(a) expires.

      **SO ORDERED** this 11th day of March, 2013.

                                    *s/ M. Casey Rodgers*
                                  **M. CASEY RODGERS**
                                  **CHIEF UNITED STATES DISTRICT JUDGE**