**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

DAVID F. PETRANO and
MARY KATHARINE DAY-PETRANO,
husband and wife,

      Plaintiffs,

v.                              CASE NO.: 1:12cv86-SPM/GRJ

OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY, et al.

      Defendants.
_____/

**O R D E R**

      This cause comes on for consideration of the plaintiffs' emergency motion, treated as an objection, and request for hearing regarding the Order issued by the magistrate judge striking the plaintiff's suggestion of bankruptcy. (See docs. 191, 206, 207, 210, and 215). As explained in the magistrate judge's order, the suggestion of bankruptcy does not effect an automatic stay because the plaintiffs initiated this case. Moreover, the Rule 11 sanctions being sought against the plaintiffs are an exercise of governmental regulatory powers that are exempt from the automatic stay under Title 11, United States Code, Section 362(b)(4). The court finds no reason to modify or set aside the magistrate judge's order. Accordingly, the plaintiffs' emergency motion and request for hearing (docs. 207 and 215) are DENIED.

      **DONE AND ORDERED** this 18th day of March, 2013.

                                      s/ *M. Casey Rodgers*
                                      **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**