# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

DAVID F. PETRANO and
MARY KATHARINE DAY-PETRANO,
husband and wife,

      Plaintiffs,

v.                                        CASE NO.: 1:12cv86-SPM/GRJ

OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY, et al.

      Defendants.
_____/

## ORDER DENYING MOTION TO APPEAL IN FORMA PAUPERIS

This cause comes before the court on the Motion for Permission to Appeal In Forma Pauperis and Amended Motion for Permission to Appeal In Forma Pauperis filed by Plaintiffs David F. Petrano and Mary Katherine Day-Petrano. (Docs. 184 and 193). The plaintiffs seek to appeal the Order Denying Motion for Reconsideration (doc. 165), which denied reconsideration of the court's Order Adopting Report and Recommendation (doc. 152), severing and dismissing the non-Nationwide defendants for improper joinder.

The order being appealed is not a final order and has not been designated for immediate appeal under Title 28, United States Code, Section 1292(b). The appeal, moreover, is frivolous. Accordingly, the court certifies that the appeal is not taken in good faith. The Motions for Permission to Appeal In Forma Pauperis (docs. 184 and 193) are DENIED.

**DONE AND ORDERED** this 18th day of March, 2013.

                                              s/ *M. Casey Rodgers*
                                              **M. CASEY RODGERS**
                                              **CHIEF UNITED STATES DISTRICT JUDGE**